# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

| | |
|---|---|
| DENISE MOULDS THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., AMERICAN EXPRESS CO., DISCOVER FINANCIAL SERVICES, LLC,<br><br>    Defendants. | Case No. 3:22-cv-00139-MPM-RP |

## ORDER

Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant Trans Union, LLC ("Trans Union"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Trans Union, LLC.

This, the 9th day of January, 2023.

_____
MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE

1