# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| DENISE MOULDS THOMAS, | Case No. 3:22-cv-00139-MPM-RP |
| Plaintiff, | |
| vs. | **ORDER** |
| TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., AMERICAN EXPRESS CO., DISCOVER FINANCIAL SERVICES, LLC, | |
| Defendants. | |

Upon review of the Parties' Stipulation for Dismissal without Prejudice of Defendant Discover Bank, incorrectly sued as Discover Financial Services, LLC ("Discover"), and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed without prejudice, as to Defendant Discover.

**IT IS SO ORDERED.**

Dated: March 7, 2023

　/s/Michael P. Mills　　
U.S. District Judge
Northern District of Mississippi

1